# UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on June 4, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. For more information regarding the U.S. Bankruptcy Court for the Northern District of Ohio, Local Rules, Bankruptcy Code, Forms and other information you may refer to our web page located at www.ohnb.uscourts.gov.

**See Reverse Side For Important Explanations.**

| **Debtor(s) (name(s) and address):**<br>Herwon Errik Gay<br>34188 Auclid Ave Apt B1<br>Willoughby, OH 44094 | Dragana Gay<br>34188 Auclid Ave Apt B1<br>Willoughby, OH 44094 |
|---|---|
| **All other names used by the Debtor(s) in the last 8 years (include married, maiden, and trade names):** | **Case Number:**<br>10−15406−pmc<br><br>**Last four digits of Social Security No./Taxpayer ID Nos.:**<br>xxx−xx−8799<br>xxx−xx−1750 |
| **Attorney for Debtor(s) (name and address):**<br>Pamela I. Theodotou<br>Theodotou & Associates<br>4449 Easton Way 2nd Floor<br>Columbus, OH 37934<br>Telephone number: 888−882−5610 | **Bankruptcy Trustee (name and address):**<br>Lauren A Helbling<br>1370 Ontario St<br>#450<br>Cleveland, OH 44113−1744<br>Telephone number: (216) 781−1164 |

## Meeting of Creditors:

Date: **July 12, 2010**           Time: **11:00 AM**
Location: **341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: **September 10, 2010**
Deadline to Object to Exemptions:
**Thirty (30) days after the *conclusion* of the meeting of creditors.**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

**Foreign Creditors:** A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File A Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>201 Superior Avenue<br>Cleveland, OH 44114−1235 | **For the Court:** |
|---|---|
| | Clerk of the Bankruptcy Court:<br>Kenneth J. Hirz |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 7, 2010 |

# EXPLANATIONS

FORM ohnb227i

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.<br><br>Creditors who wish to be notified of abandonment proceedings must file a written request for notice with the Court prior to the conclusion of the 11 U.S.C. § 341 meeting. Otherwise, the Court may order abandonment with notice only to affected parties. See L.B.R. 2002–1(a). |
| Presumption of Abuse | If the presumption of abuse arises, creditors have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side . The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0647-1           User: erams                Page 1 of 1            Date Rcvd: Jun 07, 2010
Case: 10-15406                 Form ID: 227i              Total Noticed: 25
```

The following entities were noticed by first class mail on Jun 09, 2010.
```
db/db        +Herwon Errik Gay,   Dragana Gay,   34188 Auclid Ave Apt B1,   Willoughby, OH 44094-3335
aty          +Pamela I. Theodotou,   Theodotou & Associates,   4449 Easton Way 2nd Floor,
               Columbus, OH 43219-7005
19649807     +1ST FINANCIAL,   363 W ANCHOR DR,   DAKOTA DUNES, SD 57049-5154
19649808     +ACS,   501 BLEEKER ST,   UTICA, NY 13501-2401
19649811     +AMERICAN STUDENT,   100 CAMBRIDGE ST STE 1600,   BOSTON, MA 02114-2567
19649812     +ASSET ACCEPTANCE,   PO BOX 1630,   WARREN, MI 48090-1630
19649813     +CITI FINANCIAL,   2035 W 4TH ST,   TEMPE, AZ 85281-7206
19649814     +COLLECTION COMPANY OF AMERICA,   700 LONGWATER DR,   NORWELL, MA 02061-1796
19649816     +ENHANCED RECOVERY,   8014 BAYBERRY RD,   JACKSONVILLE, FL 32256-7412
19649820     +JEFFERSON CAPITAL,   16 MCLELAND RD,   SAINT CLOUD, MN 56303-2198
19649822     +NCO FINANCIAL,   507 PRUDENTIAL RD,   HORSHAM, PA 19044-2368
19649823    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: PORTFOLIO RECOVERY,   120 CORPORATE BLVD STE 100,
                NORFOLK, VA   23502)
19649824     +PROMPT RECOVERY SERVICE,   9347 RAVENNA RD STE G,   TWINSBURG, OH 44087-2463
19649825     +ROCKY RIVER MUN COURT,   21012 HILLARD BLVD,   ROCKY RIVER, OH 44116-3398
19649826     +SALLIE MAE,   11100 USA PKWY,   FISHER, IN 46037-9203
19649827     +STUDENT ASSISTANCE,   2500 E BROADWAY ST,   HELENA, MT 59601-4901
19649828     +TKP Auto Sales,   33601 Vine Street,   East Lake, OH 44095-3455
19649829     +US DEPT OF ED,   PO BOX 5609,   GREENSVILLE, TX 75403-5609
```

The following entities were noticed by electronic transmission on Jun 07, 2010.
```
tr            EDI: QLAHELBLING.COM Jun 07 2010 17:43:00      Lauren A Helbling,   1370 Ontario St,   #450,
                Cleveland, OH  44113-1744
tr            E-mail/PDF: lhelbling@epitrustee.com Jun 08 2010 00:22:13     Lauren A Helbling,
                1370 Ontario St,   #450,   Cleveland, OH  44113-1744
19649810     +EDI: ALLIANCEONE.COM Jun 07 2010 17:43:00      ALLIANCEONE,   1684 WOODLANDS DR STE 150,
                MAUMEE, OH 43537-4026
19649809     +EDI: ALLIANCEONE.COM Jun 07 2010 17:43:00      ALLIANCEONE,   1684 WOODLANDS SR STE 150,
                MAUMEE, OH 43537-4026
19649815     +EDI: CREDPROT.COM Jun 07 2010 17:38:00      CREDIT PROTECTION ASSOCIATION,
                13355 NOEL RD STE 2100,   DALLAS, TX 75240-6837
19649817     +EDI: GMACFS.COM Jun 07 2010 17:43:00      GMAC AUTOMOTVE,   PO BOX 380901,
                BLOOMINGTON, MN 55438-0901
19649818     +EDI: HFC.COM Jun 07 2010 17:43:00      HSBC TAXPAYER FINANCIAL,   90 CHRISTIANA RD,
                NEW CASTLE, DE 19720-3118
19649819     +E-mail/Text: ebnsterling@weltman.com                             JAREDS,   375 GHENT RD,
                AKRON, OH 44333-4601
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19649821      Name,   Street address,   City,     Zip
                                                                                      TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2010**                       Signature: *Joseph Speetjens*