IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 10-15406 |
| Herwon E. Gay, | Judge Morgenstern-Clarren |
| Dragana Gay, | |
| | Chapter 7 Case |
| Debtor(s). | |

## NOTICE OF HEARING ON TRUSTEE'S OBJECTION TO APPLICATION TO PROCEED IN FORMA PAUPERIS

Now comes the TRUSTEE, and hereby give notice that she filed papers with the Court seeking certain relief.

**YOUR RIGHTS MAY BE AFFECTED**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion, or if you want the Court to consider your views on the motion/objection, then, **ON OR BEFORE JULY 22, 2010** you or your attorney must file with the Court a brief written statement of reasons in opposition to the Motion/Objection, a list of authorities upon which respondent relies, and, if appropriate, copies of all documentary evidence which respondent intends to submit in opposition to the Motion/Objection in addition to the Affidavits required or permitted by the Federal Rules of Civil Procedure, at:

    Clerk of Court
    Howard M. Metzenbaum U.S. Courthouse
    201 Superior Avenue
    Cleveland, Ohio 44114

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it timely.

You must also mail a copy to:

    Lauren A. Helbling
    Lauren A. Helbling Co., LPA
    1370 Ontario St., #450
    Cleveland, OH  44113

You or your attorney must also attend the hearing on the Motion/Objection, scheduled for **JULY 29, 2010 at 8:30 a.m**., in Courtroom #2A, Howard Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion/Objection and may enter an Order granting/sustaining the Motion/Objection without a hearing.

    /s/ Lauren A. Helbling (0038934)
    Lauren A. Helbling Co. LPA
    1370 Ontario St., #450
    Cleveland, OH  44113
    Tel 216/781-1164 Fax 216/575-1405
    lhelbling@epitrustee.com

### Certificate of Service

A copy of the foregoing was served in accordance the certificate of service on the Motion/Objection on this 17th day of June, 2010.

    /s/Lauren A. Helbling