**Initial Report**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Case No: 10-15406 MOR Judge: PAT E. MORGENSTERN-CLARREN
Case Name: GAY, HERWON ERRIK
GAY, DRAGANA
For Period Ending: 07/27/10

Trustee Name: LAUREN A. HELBLING
Date Filed (f) or Converted (c): 06/04/10 (f)
341(a) Meeting Date: 07/12/10
Claims Bar Date: Applied for

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking | 239.00 | 1.00 | | 0.00 | 1.00 |
| 3. Savings | 0.00 | 1.00 | | 0.00 | 1.00 |
| 4. Furnishing | 580.00 | 0.00 | DA | 0.00 | FA |
| 5. Clothing | 60.00 | 0.00 | DA | 0.00 | FA |
| 6. 401 K | 800.00 | 0.00 | DA | 0.00 | FA |
| 7. 1996 Neon | 100.00 | 0.00 | DA | 0.00 | FA |
| 8. 2004 stratus | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9. Preference Claim (u) garnishment | 0.00 | 1.00 | | 0.00 | 1.00 |

TOTALS (Excluding Unknown Values) $3,829.00 $3.00 $0.00 $3.00

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

Ver: 15.10d

Case No: 10-15406  MOR  Judge: PAT E. MORGENSTERN-CLARREN  
Case Name: GAY, HERWON ERRIK  
GAY, DRAGANA  

Trustee Name: LAUREN A. HELBLING  
Date Filed (f) or Converted (c): 06/04/10 (f)  
341(a) Meeting Date: 07/12/10  
Claims Bar Date: Applied for  

Trustee is pursuing funds on deposit, a preference and has requested a copy of the attorney fee agreement between debtor and counsel.

Initial Projected Date of Final Report (TFR): 12/31/11   Current Projected Date of Final Report (TFR): 12/31/11

/s/ LAUREN A. HELBLING  
_____ Date: 07/27/10  
LAUREN A. HELBLING

LFORM1

Ver: 15.10d