United States Bankruptcy Court
Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** Atty Pamela I. Theodotou  **Case Number:** 10–15406–pmc

**Debtor(s):** Herwon Errik Gay  **Judge:** PAT E MORGENSTERN–CLARREN
Dragana Gay

**Re:** ☐ Orders for Judge's Consideration  ☑ Motions/Pleadings/Filings for Judge's Consideration

**The following deficiency must be corrected within 7 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ cover page/worksheet ☐ request for summons.
- ☐ Affidavit is invalid. Needs ☐ notary seal/stamp ☐ signature ☐ county/state.
- ☐ Answer was filed before order.
- ☐ Attachments ☐ missing ☐ incorrectly filed ☐ PDF missing ☐ PDF incorrect.
- ☐ Attorney name block required on . Name block must include attorney name, firm, address, telephone number, and Northern District of Ohio bar registration number.
- ☐ Bar registration number required on .
- ☐ Case ☐ closed ☐ dismissed ☐ number incorrect ☐ transferred ☐ caption incorrect.
- ☐ Case is closed. You must re–open the case by submitting a motion, order and filing fee of $ .
- ☐ Certificate of service indicating name and address of parties served and date of service.
- ☐ Duplicate/multiple cases electronically filed for same debtor. Submit appropriate pleading to clarify.
- ☑ Filing Fees ☑ payment required ☐ incorrect fee paid.
- ☐ Hearing information ☐ not fully reflected in order ☐ no hearing notice ☐ incorrect hearing time/date/location.
- ☐ Incorrect ECF Event Code.
- ☐ Installment Application ☐ incomplete ☐ dates incorrect ☐ fee incorrect ☐ exceeds 120 day limit.
- ☐ Legal Property Description with Permanent Parcel Number.
- ☐ Official Form 23 (12/08) must be filed within 14 days or the case may be closed without the issuance of the discharge order.
- ☐ Pay Advices and/or proof of no income received 60 days immediately preceding the filing of the petition.
- ☐ Pay.Gov indicates that the filing fee entered is $0.00. Resubmit pleading using proper event and pay filing fee.
- ☐ Petition ☐ not Official Form 4/10 ☐ incomplete ☐ needs signature.
- ☐ Petition for Unclaimed Funds and Order Thereon does not comply with General Order 90–1 and further action is required.
- ☐ Exhibit A is not attached ☐ Social Security/Tax I.D. No. Must be in Exhibit A ☐ Copy of trustee's Transmittal of Unclaimed Funds depositing the funds into Treasury as unclaimed, or the receipt to the trustee and a list of parties entitled to the unclaimed funds must be appended. ☐ In the future, please include: ☐ (a) correct case number and caption. ☐ (b) correct judge.
- ☐ Relief granted without a hearing due to no response from other party. Order should be a default hearing order without factual findings.
- ☐ Signature ☐ original required. ☐ /S/ signature required for ☐ attorney ☐ debtor ☐ creditor.
- ☑ Other. See comments/instructions.

**Comments/Instructions:** re Order denying Application to proceed in forma pauperis––please submit the filing fee of $299.00 by 8/6/10.

**Deputy Clerk:** /s/ Eunice I. Ramsey
**Date:** July 30, 2010

**Form:** ohnb140