UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: ) Case No. 10-15406
)
HERWON ERRIK GAY and ) Chapter 7
DRAGANA GAY, )
) Judge Pat E. Morgenstern-Clarren
Debtors. )
) **ORDER**

The debtors applied for a waiver of the filing fee and the chapter 7 trustee objected to the application. (Docket 8, 9). This matter was heard on July 29, 2010. As the trustee's objection states good cause, the objection is sustained and the application is denied.

IT IS SO ORDERED.

_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0647-1           User: erams              Page 1 of 1              Date Rcvd: Jul 30, 2010
Case: 10-15406                 Form ID: pdf914          Total Noticed: 3
```

The following entities were noticed by first class mail on Aug 01, 2010.
```
db/db         +Herwon Errik Gay,    Dragana Gay,    34188 Auclid Ave Apt B1,    Willoughby, OH 44094-3335
ust           +Cynthia J. Thayer,    US Department of Justice,    201 Superior Avenue,    Suite 441,
               Cleveland, OH 44114-1234
```

The following entities were noticed by electronic transmission on Jul 30, 2010.
```
cr            +E-mail/Text: bnc@atlasacq.com                      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
                                                                                                   TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2010**                    Signature:     *Joseph Speetjens*