IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 10-15406 |
| Herwon E. Gay, | Judge Morgenstern-Clarren |
| Dragana Gay, | |
| Debtor(s). | Chapter 7 Case |

**MOTION FOR ORDER UPON DEBTOR(S) TO APPEAR
FOR EXAMINATION PURSUANT TO RULE 2004(a) OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Lauren A. Helbling, Chapter 7 Trustee, respectfully moves this Court for an Order upon the debtor(s) to appear and testify with regard to potential assets which may belong to the estate pursuant to the provisions of Rule 2004(a) of the Federal Rules of Bankruptcy Procedure. In support of this motion, your movant states as follows:

1. This case was commenced by the filing of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on June 4, 2010.

2. Your movant is the duly appointed, qualified and acting trustee in this case.

3. Per correspondence to debtor's counsel, Trustee requested a copy of the executed attorney fee agreement signed by bankruptcy counsel and debtors regarding the filing of this bankruptcy case and any and all documentation debtors have with regard to the current garnishment of Mrs. Dragana Gay's wages. To date, debtors have not complied.

WHEREFORE, your movant prays that the debtor(s) be ordered for examination pursuant to the provisions of Rule 2004(a) of the Federal Rules of Bankruptcy Procedure and bring with him/her copies of the aforementioned information/documentation.

/s/Lauren A. Helbling (0038934)
Lauren A. Helbling Co. LPA
1370 Ontario St., #450
Cleveland, OH  44113
Tel 216/781-1164 Fax 216/575-1405
lhelbling@epitrustee.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing Motion for Order Upon Debtor(s) to Appear for Examination Pursuant to Rule 2004(a) of the Federal Rules of Bankruptcy Procedure has been mailed this 11th day of August, 2010 to:

Herwon E. Gay
Dragan Gay
34188 Auclid Ave., Apt. B1
Willoughby, OH 44094

Pamela I. Theodotou, Esq.
*Electronically Served*

/s/Lauren A. Helbling (0038934)
Lauren A. Helbling Co. LPA
1370 Ontario St., #450
Cleveland, OH  44113
Tel 216/781-1164 Fax 216/575-1405
lhelbling@epitrustee.com