IT IS SO ORDERED.



ENTERED UNDER ADMINISTRATIVE ORDER NO. 06-2
KENNETH J. HIRZ, CLERK OF BANKRUPTCY COURT
BY: /s/ Eunice Ramsey
                Deputy Clerk

Dated: August 12, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In Re: | Case No. 10-15406 |
|---|---|
| Herwon E. Gay, | Judge Morgenstern-Clarren |
| Dragana Gay, | |
| | Chapter 7 Case |
| Debtor(s). | |

**ORDER DIRECTING DEBTOR(S) TO APPEAR
FOR EXAMINATION PURSUANT TO RULE 2004(a) OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

This matter came on for consideration upon the trustee's Motion for an Order upon the Debtor(s) to Appear for Examination Pursuant to Rule 2004(a) of the Federal Rules of Bankruptcy Procedure.

IT APPEARING to the Court that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Debtor(s) shall appear for examination and to testify with regard to possible assets of this estate and bring with him/her/them a copy of the executed attorney fee agreement signed by both bankruptcy counsel and debtors regarding the

filing of this bankruptcy case and any and all documentation debtors have with regard to the current garnishment of Mrs. Dragana Gay's wages on the 26th day of August, 2010, at 1:00 p.m. in the law offices of Lauren A. Helbling, trustee, 1370 Ontario Street, Suite 450, Cleveland, Ohio 44113-1744.

###

Submitted by:
/s/Lauren A. Helbling (0038934)
Lauren A. Helbling Co. LPA
1370 Ontario St., #450
Cleveland, OH 44113
Tel 216/781-1164 Fax 216/575-1405
lhelbling@epitrustee.com

## CERTIFICATE OF SERVICE

Herwon E. Gay
Dragan Gay
34188 Auclid Ave., Apt. B1
Willoughby, OH 44094

Pamela I. Theodotou, Esq.
*Electronically Served*