**This document was signed electronically on June 27, 2011, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

**Dated: June 27, 2011**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:  ) Case No. 10-15406
   Herwon Gay  )
   Dragana Gay  ) Chapter 7
                   Debtor(s)  ) Judge Pat E. Morgenstern-Clarren
                               )
                               ) **ORDER FOR PAYMENT OF**
                               ) **FEES AND EXPENSES**

*********************************************************************

     After hearing(s) held under Federal Rule of Bankruptcy Procedure 2002(a)(7) and/or the Court's consideration of applications for compensation and reimbursement of expenses properly before it, and further, the Clerk having calculated the miscellaneous fees owed under 28 U.S.C. § 1930(b),
IT IS ORDERED that these fees and expenses shall be paid by the Trustee from the estate:

| | |
|---|---:|
| TRUSTEE FEE:      (Lauren A. Helbling) | $413.16 |
| TRUSTEE EXPENSES:  (Lauren A. Helbling) | $ 32.08 |
| ATTORNEY FOR TRUSTEE FEE: | $0 |
| ATTORNEY FOR TRUSTEE EXP.: | $0 |
| ATTORNEY FOR DEBTOR FEE: | $0 |
| ATTORNEY FOR DEBTOR EXP.: | $0 |
| ACCOUNTANT FEE: | $0 |
| ACCOUNTANT EXP: | $0 |
| U.S. TRUSTEE QUARTERLY FEES: | $0 |
| OTHER: | $0 |
| FEES PAYABLE TO THE CLERK, U.S. BANKRUPTCY COURT: | |
|     RE-OPENING | $0 |
|     COMPLAINTS | $0 |
|     NOTICE FEES | $0 |
|     LABELS/COPIES | $0 |
| Total Fees | $0 |

     IT IS FURTHER ORDERED that these fees and expenses shall be paid only after a Report of Distribution, reviewed by the Office of the U.S. Trustee, has been filed with the Court.