```
                          United States Bankruptcy Court
                              Northern District of Ohio
In re:                                                       Case No. 10-15406-pmc
Herwon Errik Gay                                             Chapter 7
Dragana Gay
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0647-1          User: gnunn                 Page 1 of 1                 Date Rcvd: Jun 27, 2011
                              Form ID: pdf770            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2011.
db/db        +Herwon Errik Gay,    Dragana Gay,    34188 Auclid Ave Apt B1,    Willoughby, OH 44094-3335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bnc@atlasacq.com Jun 27 2011 22:15:29      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2011**              **Signature:**    *Joseph Speetjens*

**This document was signed electronically on June 27, 2011, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: June 27, 2011**



**Pat E. Morgenstern-Clarren
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-15406 |
| Herwon Gay | ) | |
| Dragana Gay | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | Judge Pat E. Morgenstern-Clarren |
| | ) | |
| | ) | **ORDER FOR PAYMENT OF** |
| | ) | **FEES AND EXPENSES** |

*****************************************************************************

After hearing(s) held under Federal Rule of Bankruptcy Procedure 2002(a)(7) and/or the Court's consideration of applications for compensation and reimbursement of expenses properly before it, and further, the Clerk having calculated the miscellaneous fees owed under 28 U.S.C. § 1930(b), IT IS ORDERED that these fees and expenses shall be paid by the Trustee from the estate:

| | |
|---|---|
| TRUSTEE FEE: (Lauren A. Helbling) | $413.16 |
| TRUSTEE EXPENSES: (Lauren A. Helbling) | $ 32.08 |
| ATTORNEY FOR TRUSTEE FEE: | $0 |
| ATTORNEY FOR TRUSTEE EXP.: | $0 |
| ATTORNEY FOR DEBTOR FEE: | $0 |
| ATTORNEY FOR DEBTOR EXP.: | $0 |
| ACCOUNTANT FEE: | $0 |
| ACCOUNTANT EXP: | $0 |
| U.S. TRUSTEE QUARTERLY FEES: | $0 |
| OTHER: | $0 |
| FEES PAYABLE TO THE CLERK, U.S. BANKRUPTCY COURT: | |
| RE-OPENING $0 | |
| COMPLAINTS $0 | |
| NOTICE FEES $0 | |
| LABELS/COPIES $0 | |
| Total Fees | $0 |

IT IS FURTHER ORDERED that these fees and expenses shall be paid only after a Report of Distribution, reviewed by the Office of the U.S. Trustee, has been filed with the Court.